JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766
(310) 295-2385 (Fax)

*Attorneys for Plaintiffs and the Putative Classes*

HOLLAND & KNIGHT LLP
Ashley Shively (SBN 264912)
Jacqueline Harvey (SBN 322165)
560 Mission Street, 19th Floor
San Francisco, CA 94104
T 415.743.6900  F 415.743.6951
E-mail: ashley.shively@hklaw.com
         jacqueline.harvey@hklaw.com

*Attorneys for Defendant
Rite Aid Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **JANE DOE I**, **JANE DOE II**, **JANE DOE III**, and **JANE DOE IV,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**RITE AID CORPORATION**, a Delaware Corporation,<br><br>Defendant. | Case No. 3:23-CV-01495-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING CHANGE TO BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Civil Local Rule 6-1, Plaintiffs Jane Doe I, Jane Doe II, Jane Doe III, and Jane Doe IV ("Plaintiffs"), and Defendant Rite Aid, Inc. ("Defendant"), hereby stipulate and request as follows:

WHEREAS, on April 26, 2023, Defendant filed its Motion to Dismiss Plaintiffs' First Amended Complaint, and noticed it for hearing for June 15, 2023 (ECF 11);

WHEREAS, pursuant to Civil Local Rule 7-2, Plaintiffs' response to Defendant's Motion is currently due by May 10, 2023, and Defendant's reply on the Motion to Dismiss is currently due by May 17, 2023;

WHEREAS, on April 27, 2023, the Clerk directed Defendant to re-notice the hearing for its Motion to Dismiss, for June 1, June 8 or June 29 (ECF 12);

WHEREAS, on April 27, 2023, Defendant re-noticed the hearing for its Motion to Dismiss for June 29, 2023 (ECF 13);

WHEREAS, on April 27, 2023, the Clerk reset the hearing on Defendant's Motion to Dismiss for June 8, 2023 (ECF 14);

WHEREAS, to comprehensively address all of the arguments raised in Defendant's Motion, Plaintiffs need more than the 14 days allowed under Local Rule 7-3;

WHEREAS, in order to comprehensively address all of the arguments anticipated to be raised in Plaintiffs' response to the Motion to Dismiss, Defendant anticipates it will require more than the 7 days allowed under Local Rule 7-3;

WHEREAS, to accommodate the extended briefing schedule, the Parties also require a continuance of the hearing date on Defendant's Motion;

**NOW THEREFORE,** the Parties hereby agree and stipulate, and respectfully request the Court to enter an order, as follows:

1. Plaintiffs' response to the Motion to Dismiss, currently due by May 10, 2023, will be due by May 30, 2023.
2. Defendant's reply, currently due by May 17, 2023, will be due June 13, 2023.
3. The hearing date on Defendant's Motion to Dismiss is continued to June 29, 2023, at 10:00 a.m.
4. No other dates or deadlines shall be altered by this stipulation.

**IT IS SO STIPULATED.**

///
///
///

| | |
|---|---|
| Dated: April 28, 2023 | Respectfully submitted, |
| | /s/ Julian Hammond |
| | Julian Hammond (SBN 268489) |
| | HAMMONDLAW, P.C. |
| | |
| | Attorney for Plaintiffs |
| | |
| Dated: April 28, 2023 | Respectfully submitted, |
| | /s/ Ashley Shively |
| | Ashley Shively (SBN 264912) |
| | HOLLAND & KNIGHT LLP |
| | |
| | Attorneys for Defendant |
| | Rite Aid Corporation |

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Polina Brandler, attest that concurrence in the filing of this document has been obtained.

Dated: April 28, 2023                              /s/ Polina Brandler
                                                   Polina Brandler

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties and good cause being shown, IT IS ORDERED that: (1) the hearing date on Defendant's Motion to Dismiss is reset for June 29, 2023 at 10:00 a.m., (2) the deadlines for Plaintiff's opposition to the Motion to Dismiss, currently scheduled for May 10, 2023, is continued to May 30, 2023, and (3) the deadline for Defendant's reply on the Motion to Dismiss, currently scheduled for May 17, 2023, is continued until June 13, 2023.

IT IS SO ORDERED.

DATED: May 1, 2023

*Jacqueline Scott Corley*
HON. JACQUELINE SCOTT CORLEY
United States District Court Judge